8:26-mj-02354-GLS

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
9:14 am, Sep 16 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY M.G. Deputy

TFH
MAJ/MSM: USAO 2025R00636

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CASE NO.** 8:26-mj-02354-GLS |
| | * | |
| **ROY DAVE DAVIS,** | * | **FILED UNDER SEAL** |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Blaine Allen, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state that:

1. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, federal offenses.

2. I have been a Postal Inspector with USPIS since August 2024. Before becoming a Postal Inspector, I was a Police Officer with the Washington Metropolitan Area Transit Authority.

3. As a Postal Inspector, I investigate allegations of theft and criminal fraud involving the use of the United States Mail. I have experience investigating mail theft, bank fraud, and identity theft, and have participated in search and seizure operations involving these offenses.

4. The information in this affidavit is based upon my personal knowledge and information gained from speaking with other officers and individuals involved in the facts described below or reading their reports.

5. This affidavit is submitted for the limited purpose of establishing probable cause for the requested criminal complaint and arrest warrant. It therefore does not contain every fact known to me or the United States. Instead, I have set forth only those facts that I believe are

necessary to establish probable cause in support of the proposed criminal complaint and arrest warrant. I have not, however, excluded any information known to me that would defeat a determination of probable cause.

6. Specifically, based on the following facts, I respectfully submit that there is probable cause to believe that, on or about April 25, 2025, **ROY DAVE DAVIS** did knowingly and intentionally commit bank fraud, in violation of 18 U.S.C. § 1344.

**Probable Cause**

7. In July 2025, USPIS began investigating a sophisticated account takeover scheme. Numerous JPMorgan Chase (JPMC) customers had their account mailing addresses changed to one of four addresses in Maryland (the "Fraud Addresses") without their knowledge or permission. Debit cards were then ordered to the Fraud Addresses and used to withdraw cash or to make purchases using funds from the various customers' accounts.

8. Investigators obtained surveillance images of many of the fraudulent withdrawals. Investigators learned that on or about April 22, 2025, a black 2012 Mercedes Benz C Class, bearing Maryland license plate number 84989HT, pulled into the drive-up ATM at the JPMC Branch located at 2031 Saint Josephs Drive, Bowie, Maryland 20721 ("Saint Josephs JPMC"). The suspect inside the vehicle withdrew approximately $1,000 from Victim 1's account and approximately $1,000 from Victim 2's account. Neither victim had authorized these or other withdrawals from their accounts. The suspect, later identified as **DAVIS**, made successive withdrawals of approximately $700 from Victim 1's account, then from Victim 2's account, and then approximately $300 from each victim's account.

9. The black Mercedes Benz was registered to INDIVIDUAL 1 at one of the Fraud Addresses, located on Telfair Boulevard in Suitland, Maryland 20746 ("Telfair Address").

10. Three days later, on or about April 25, 2025, at approximately 1:23 a.m., **DAVIS** was stopped by the Maryland State Police (MSP) while driving the same black Mercedes Benz in College Park, Maryland. During the stop, **DAVIS**: (1) provided a North Carolina driver's license bearing his name; (2) claimed the car belonged to his girlfriend; and (3) said that he was staying with her at the Telfair Address. **DAVIS** stated that he had just stopped at a CVS and was returning to the Telfair Address.

11. Body-worn camera footage from the traffic stop shows **DAVIS** wearing a distinctive hat from the luxury brand AMIRI, reading "AMIRI Arts District," along with a black t-shirt, long hair, and earrings. A large tattoo can be seen on **DAVIS**'s right forearm.





12. Approximately 40 minutes before the traffic stop, on or about 12:41 a.m., surveillance cameras captured **DAVIS** entering the JPMC Branch located at 7417 Baltimore Avenue, College Park, Maryland 20740 ("College Park JPMC"). The College Park JPMC is approximately one mile from the location where the traffic stop occurred.

13. **DAVIS** was identified in the footage by the same AMIRI "Arts District" hat, black t-shirt, and hairstyle, and the same right forearm tattoo that was subsequently captured on body-worn camera during the traffic stop. **DAVIS** again withdrew approximately $1,000 from Victim 1's account and approximately $1,000 from Victim 2's account, in both cases making withdrawals of approximately $700 and then approximately $300 from each account in short succession.




14. During the approximately 40 minutes that elapsed between **DAVIS** making the withdrawals and the traffic stop, on or about 1:14 a.m., Victim 2's debit card was used at the CVS located at 7300 Baltimore Avenue, College Park, Maryland 20740. That CVS is approximately 0.2 miles from the College Park JPMC. During the traffic stop, **DAVIS** stated that he had just left CVS.

15. Furthermore, the day before the traffic stop, on or about April 24, 2025, at approximately 3:57 a.m., surveillance footage captured **DAVIS** wearing the same AMIRI "Arts District" hat and black t-shirt when he used the College Park JPMC. Surveillance footage also showed **DAVIS** with the same hairstyle and with the same right forearm tattoo captured in body-worn camera footage during the April 25, 2025, traffic stop. **DAVIS** withdrew approximately $700 from Victim 1's account and approximately $1,000 from Victim 2's account. Specifically with respect to Victim 2's account, **DAVIS** made two successful withdrawals, the first for approximately $700 and the second for approximately $300. **DAVIS** made one successful withdrawal of approximately $700 from Victim 1's account and attempted a second withdrawal of

approximately $300 that was declined.





16. In the course of its investigation, USPIS has obtained records from JPMC and other financial institutions and made contact with numerous victims. **DAVIS** can be seen in hundreds of other surveillance images withdrawing cash from JPMC ATMs using debit cards that had been mailed to the Fraud Addresses. **DAVIS** wore a mask to obscure his face when making these withdrawals. But **DAVIS** can be identified in surveillance footage based on his overall appearance and unique clothing items, including the AMIRI "Arts District" hat and other hats from AMIRI.

17. During its investigation, USPIS executed a search warrant on an iCloud account owned and used by **DAVIS**. Among other evidence, USPIS recovered a photo **DAVIS** saved to his iCloud on or about September 5, 2025. The photo showed eight different cell phones logged into the JPMC accounts of victims identified during the investigation. All eight phones showed the current balances in those victim accounts.




18. In addition, on or about March 31, 2026, at approximately 1:35 p.m., **DAVIS** saved to his iCloud a screenshot of a video call in which an unknown individual shows **DAVIS** a letter with a PIN for a debit card ending in -875. **DAVIS**'s face is visible in the screenshot.



19. Approximately three hours after saving this screenshot, **DAVIS** began making fraudulent ATM withdrawals from the account belonging to Victim 3, which ends in -875. On or about March 31, 2026, at approximately 4:53 p.m., surveillance footage showed **DAVIS** entering the JPMC Branch located at 2728 Good Hope Road SE, Washington, D.C. 20020. **DAVIS** was identified in the footage by his appearance, which included the same hairstyle and earrings captured on body-worn camera during the April 25, 2025 traffic stop and in earlier surveillance footage.

20. **DAVIS** proceeded to use an ATM at that JPMC Branch to withdraw approximately $2,800 from Victim 3's account through four consecutive withdrawals of approximately $700. Victim 3 had not authorized these withdrawals from their account.

21. Furthermore, on or about July 29, 2026, USPIS executed a federal search and seizure warrant at **DAVIS**'s residence in Hyattsville, Maryland. USPIS identified **DAVIS**'s residence through his iCloud account, the contents of which were obtained pursuant to a search warrant. Records contained in that iCloud account showed that **DAVIS** had moved into the residence, including setting up PEPCO service in his own name, on or about April 23, 2026.

22. When executing the residential search warrant on July 29, 2026, USPIS recovered distinctive items of clothing worn by **DAVIS** in surveillance footage, including a hat from AMIRI. USPIS also recovered mail from JPMC pertaining to at least 12 victim accounts that had been mailed to the Fraud Addresses. This correspondence included account statements and letters from JPMC confirming that PINs and addresses associated with victim accounts had been changed. These letters were not addressed to **DAVIS** nor sent to his residence, but were nonetheless in **DAVIS**'s possession. USPIS also recovered receipts for luxury goods purchased with victims' debit cards.

23. The investigation to date shows that from at least May 2023 through the present day, **DAVIS** has stolen more than approximately $1,000,000 dollars from at least 47 JPMC customers by fraudulently obtaining their debit cards and then withdrawing cash from their JPMC accounts at ATMs or making direct purchases, including direct purchases of over approximately $100,000 in luxury fashion items.

24. During that time, **DAVIS** has made at least 1,500 successful fraudulent ATM withdrawals. **DAVIS** made these withdrawals pursuant to the same *modus operandi*—that is, **DAVIS** frequently conducted multiple ATM withdrawal transactions in short succession—for instance, withdrawing approximately $300 then immediately withdrawing approximately $700 more. **DAVIS** made, or attempted to make, withdrawals of approximately $300 on at least 330 occasions, and made, or attempted to make, withdrawals of approximately $700 on at least 771 occasions.

25. **DAVIS** used certain JPMC ATMs with great frequency. For instance, **DAVIS** made, or attempted to make, at least approximately 551 withdrawals at the College Park JPMC; 169 withdrawals at the Saint Josephs JPMC; and 225 withdrawals at the JPMC Branch located at 8435 Georgia Avenue, Silver Spring, Maryland 20910.

26. **DAVIS**'s scheme has targeted primarily senior citizens—the average age of victims identified to date is 81. **DAVIS** also has victimized a number of small businesses and a charter school. In addition, **DAVIS** has obtained and used debit cards belonging to multiple individuals who were already deceased.

27. USPIS has collected voluminous records from JPMC related to **DAVIS**'s fraudulent ATM withdrawals. The chart below summarizes the fraudulent ATM withdrawals—identified to date—that **DAVIS** made in 2025 and the first five months of 2026. **DAVIS** has made

additional attempted ATM withdrawals that were declined, which are not reflected below. **DAVIS** also used victims' debit cards to make direct purchases at points of sale, which are also not reflected below.

| **Month** | **ATM Withdrawals** | **Sum Withdrawn** |
|---|---|---|
| Feb-25 | 40 | $12,709.66 |
| Mar-25 | 25 | $10,999.12 |
| Apr-25 | 91 | $50,170.42 |
| May-25 | 431 | $231,134.21 |
| Jun-25 | 122 | $78,346.11 |
| Jul-25 | 14 | $6,256.20 |
| Sep-25 | 68 | $37,034.14 |
| Oct-25 | 142 | $79,869.29 |
| Nov-25 | 67 | $37,495.76 |
| Dec-25 | 42 | $9,282.54 |
| Jan-26 | 128 | $39,706.27 |
| Feb-26 | 16 | $5,858.54 |
| Mar-26 | 4 | $2,800.00 |
| Apr-26 | 40 | $22,876.77 |
| May-26 | 133 | $67,233.05 |
| **TOTAL** | **1363** | **$691,772.08** |

**Conclusion**

28. Based on the foregoing, there is probable cause to issue the requested criminal complaint and arrest warrant.

Respectfully submitted,

Blaine Allen
United States Postal Inspector

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this 15th day of September 2026.

THE HONORABLE GINA L. SIMMS
UNITED STATES MAGISTRATE JUDGE